IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:17CR201-ALM-KPJ |
| | § | |
| JIMMY LEWIS PERKINS | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on August 16, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Tom Gibson.

On November 23, 2015, Defendant was sentenced by the Honorable James H. Payne, United States District Judge, to a sentence of fifteen (15) months imprisonment followed by a five (5) year term of supervised release for violations of 18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B), and 2250(a)(3), Failure to Register as a Sex Offender.

On March 14, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall register as a sex offender in the state in which he resides and keep such registration current in the jurisdiction in which he resides, works, or attends school; (3) Defendant shall refrain from any unlawful use of a controlled substance; and (4) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer

1

any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. The Petition asserts that Defendant violated these conditions because: (1) on February 14, 2018, Defendant was convicted in Lamar County's 6th District Court Case No. 27543 of Sex Offenders Duty to Register Life/Annually, Repeat Offender, a 3rd degree felony; (2) Defendant resided at 290 Northwest 30th Street in Paris, TX, for approximately three weeks after being notified multiple times that he was not allowed to live at the address due to a city ordinance; and (3) on October 10, 2017, Defendant submitted a urine sample which tested positive for opiates.

At the hearing, Defendant entered a plea of true to violations of allegations one through four (1-4). Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the August 16, 2019 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, with four (4) years supervised release to follow, to run consecutively to any other sentence being served.

The Court further recommends that Defendant shall serve his sentence at FCI Carswell, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 19th day of August, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE